**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELNORA KIRTLEY, ET AL., | |
| Plaintiffs, | |
| v. | Civ. No. 05-5383 (JAG) |
| DHANANJAY G. WADEKAR, ET AL., | **ORDER** |
| Defendants. | |

**BROWN, Chief Judge**

Pursuant to Local Civil Rule 40.1(e);

IT IS THIS 5th day of March, 2010, hereby

ORDERED that this case is reassigned to the Honorable Garrett E. Brown, Jr., U.S.D.J.

                        /s/ Garrett E. Brown, Jr.
                       GARRETT E. BROWN, JR., U.S.D.J